**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Northern California-Northern Nevada Sound Communications Employee Benefit Trust Funds, et al., | NO. C 06-04642 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MCM Associates, Inc., | |
| Defendants. | |

The Court continues the case management conference presently scheduled for November 13, 2006 to **December 18, 2006 at 10 a.m.** to coincide with Plaintiffs' Motion for Default Judgment.

Dated: November 7, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sue Campbell suecampbell@att.net

**Dated:  November 7, 2006**               **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**