IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS, ET AL., <br><br> Plaintiffs, <br> v. <br> MCM & ASSOCIATES, INC., <br><br> Defendant. | NO. C 06-04642 <br><br> **JUDGMENT** |

Pursuant to the Court's December 18, 2006 Order Granting Default Judgment, judgment is entered in favor of Plaintiffs Northern California-Northern Nevada Sound & Communications, Health & Welfare Trust Fund for Northern California District No. 9, and Employee Benefit Trust Funds, against Defendant MCM & Associates, Inc.

Judgment is entered in favor of Plaintiffs and against Defendant in the amount of $51,137.50. This amount represents: $37,990.10 in unpaid contributions, $7,582.83 in liquidated damages, $1,403.97 in interest, $394.50 in costs, and $3,766.25 in attorney's fees.

The Clerk shall close this file.

Dated: December 18, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sue Campbell suecampbell@att.net

**Dated: December 18, 2006**  **Richard W. Wieking, Clerk**

                                                            **By:  /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**